UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLEN KEE<br><br>                                          **Plaintiff,**<br><br>                        -against-<br><br>BARRY SANDERS, et al.<br><br>                                         **Defendants.** | 24-cv-08270<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from this afternoon's conference, the Parties are ORDERED to submit a joint status report as to the status of the case, including a summary of settlement discussions, if any, between the Parties.

**SO ORDERED.**

Dated:    January 29, 2025
             New York, New York

                                                                **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**