UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALLEN KEE** | |
| **Plaintiff,** | **24-cv-08270** |
| -against- | **ORDER** |
| **BARRY SANDERS, et al.** | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court amends its prior order (ECF No. 21) to clarify the deadline for the submission of the joint status report. The Parties are ORDERED to submit a joint status report as to the status of the case, including a summary of settlement discussions, if any, between the Parties, on February 26, 2025.

**SO ORDERED.**

Dated:   January 31, 2025
         New York, New York

*Andrew T Carter*

**ANDREW L. CARTER, JR.**
**United States District Judge**