UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALLEN KEE**<br><br>                    **Plaintiff,**<br><br>          -against-<br><br>**BARRY SANDERS, et al.**<br><br>                    **Defendants.** | **24-cv-08270**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On April 17, 2025, Defendants filed a renewed request for a premotion conference ahead of their anticipated motion to file Plaintiff's Complaint. The Court **ORDERS** Plaintiff to respond to the Defendants' request on or before April 25, 2025.

**SO ORDERED.**

Dated:   April 22, 2025
         New York, New York

*[signature: Andrew L. Carter]*

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**