UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALLEN KEE**<br><br>                    **Plaintiff,**<br><br>         -against-<br><br>**BARRY SANDERS, et al.**<br><br>                    **Defendants.** | **24-cv-08270**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court, having reviewed the Parties' correspondence (ECF Nos. 25, 29) regarding Defendants' anticipated motion to dismiss (on jurisdictional grounds) Plaintiff's Complaint, hereby **DENIES** Defendants' request for a premotion conference and **GRANTS** Defendants leave to file their motion to dismiss.

The Parties shall adhere to the following briefing schedule:

    Opening brief due June 3, 2025

    Opposition due June 17, 2025

    Reply, if any, due June 24, 2025

**SO ORDERED.**

Dated:   May 13, 2025
         New York, New York

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**