UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
    KEE                                                  :
                                                         :
                                                         :
                          Plaintiffs,                    :
                                                         :      1:24-cv-8270 (ALC)
                      -against-                           :
                                                         :      ORDER
    SANDERS ET AL,                                       :
                                                         :
                                                         :
                          Defendant.                     :
                                                         :
------------------------------------------------------- x
```

**ANDREW L. CARTER, JR., United States District Judge:**

The Court ORDERS all Parties attend a conference on January 6, 2026 at 3:30 P.M. The

parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley

Square, in Courtroom 444 on the date and time specified above.

**SO ORDERED.**

Dated:    **December 3, 2025**
          **New York, New York**

_____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**