UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

KEE

                       Plaintiffs,

                -against-

SANDERS ET AL,

                   Defendant.

:     **1:24-cv-8270 (ALC)**

:     **ORDER**

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court ORDERS all Parties attend a conference on April 30, 2026 at 3:30 P.M. The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above.

**SO ORDERED.**

Dated:    **April 17, 2026**
         **New York, New York**

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**