UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

KEE

                Plaintiffs,

          -against-

                                1:24-cv-8270 (ALC)

SANDERS ET AL,

                                ORDER

                Defendant.

------------------------------------------------------------- x

ANDREW L. CARTER, JR., United States District Judge:

       The Court ORDERS all Parties attend a conference on May 14, 2026 at 2:30 P.M.

The parties should appear in person at the Thurgood Marshall United States Courthouse, 40

Foley Square, in Courtroom 444 on the date and time specified above.

SO ORDERED.

Dated:    April 28, 2026
          New York, New York

                                        ANDREW L. CARTER, JR.
                                        United States District Judge