UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

KEE

       Plaintiffs,

      -against-

SANDERS,

       Defendant.

———————————————————————— x

       1:24-cv-8270 (ALC)

       **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to file a joint status report by June 30, 2026,

including a status update on settlement.

    **SO ORDERED.**

Dated:   May 14, 2026
      New York, New York

               **ANDREW L. CARTER, JR.**
               **United States District Judge**