UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

KEE

                  **Plaintiffs,**

           -against-

SANDERS,

                **Defendant.**

———————————————————— x

          **1:24-cv-8270 (ALC)**

          **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Plaintiff's letter motion for discovery is GRANTED. The Clerk of Court is ordered to terminate ECF No. 63.

       **SO ORDERED.**

**Dated:**    **May 21, 2026**
           **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                    **United States District Judge**